Michael L. Schrag (SBN 185832)
Joshua J. Bloomfield (SBN 212172)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
mls@classlawgroup.com
jjb@classlawgroup.com

*Counsel for Plaintiff Kopfmann
and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: STUBHUB REFUND LITIGATION<br><br>This Document Relates to All Cases<br><br>(Centralized Actions: No. 4:20-02595 (N.D. Cal.); No. 4:20-03025 (N.D. Cal.); No. 1:20-03508 (S.D.N.Y); and No. 3:20-00319 (W.D. Wis.))<br><br>(Tag-along Actions: No. 4:20-04125 (N.D. Cal.); and 3:20-04786 (N.D. Cal.)) | Case No. 20-md-2951-HSG<br><br>**STIPULATION FOR ENTRY OF JOINT PROPOSED INITIAL SCHEDULING ORDER; ORDER** |

1   WHEREAS, on August 6, 2020, the United States Judicial Panel on Multidistrict Litigation centralized four cases against StubHub, Inc.: *Alcarez v. StubHub, Inc.*, Case No. 4:20-cv-02595-HSG; *Kopfmann v. StubHub, Inc.*, Case No. 4:20-cv-03025-HSG; *Reynolds v. StubHub, Inc. et al.*, Case No. 1:20-cv-03508-AKH (S.D.N.Y.); and *McMillan v. StubHub, Inc. et al.*, Case No. 3:20-cv-00319-JDP (W.D. Wis.).  Dkt. No. 36;

WHEREAS, two tag-along actions are pending in this District: *Wood v. StubHub, Inc.*, Case No. 4:20-cv-04125-YGR; and *Dobner v. StubHub, Inc.*, Case No. 3:20-cv-04786-EMC;

WHEREAS, Plaintiffs in the above-captioned centralized actions (except for *Reynolds*, whose counsel has not responded to requests for input) and tag-along actions (together "Plaintiffs") and Defendants StubHub, Inc. and Last Minute Transactions, Inc. ("Defendants"), have met and conferred in an effort to submit a joint proposed pre-trial schedule; and

WHEREAS, Plaintiff Kopfmann files this Joint Proposed Initial Scheduling Order with the consent of Defendants and all other Plaintiffs in the centralized actions (except *Reynolds*) and tag-along actions; and

WHEREAS, Defendants further advise this Honorable Court that no summons has been issued, or served, upon Defendants in the *Reynolds* matter filed on May 5, 2020.  Accordingly, unless the Court dismisses the *Reynolds* case on its own, Defendants intend to file promptly a motion to dismiss that matter only for failure to comply with Fed. R. Civ. P. 4(m).

THEREFORE, THE PARTIES AGREE AND JOINTLY REQUEST that the Court enter an order setting the following schedule:

- Seven (7) days after the Court enters this initial scheduling Order, Plaintiffs will file any motions for the appointment of Interim Lead Counsel.  Leadership briefs shall not exceed ten (10) pages (exclusive of firm resumes, which may be attached), and no opposition briefs shall be permitted.

- After the appointment of Interim Lead Counsel, the parties shall meet and confer regarding an initial schedule covering Plaintiffs' Consolidated Amended Complaint, Defendants'

1  response(s), and any resulting briefing, as well as the exchange of initial disclosures and
2  holding the Fed. R. Civ. P. 26(f) conference, and shall submit that proposed joint schedule
3  or competing schedules to the Court no later than seven (7) days after the appointment of
4  Interim Lead Counsel.

6  IT IS SO STIPULATED.

8  Dated: August 12, 2020                                Respectfully submitted,

9                                                       **GIBBS LAW GROUP LLP**

10                                                      */s/ Michael L. Schrag*
                                                        Michael L. Schrag
11                                                      Joshua J. Bloomfield
                                                        505 14th Street, Ste. 1110
12                                                      Oakland, California 94612
                                                        Telephone:  510-350-9700
13                                                      Facsimile:  510-350-9701
                                                        mls@classlawgroup.com
14                                                      jjb@classlawgroup.com

16                                                      *Attorneys for Plaintiff Michelle Kopfmann
                                                        and the Proposed Class*

17                                                      **BURSOR & FISHER, P.A**.

19                                                      */s/ L. Timothy Fisher*
                                                        L. Timothy Fisher
                                                        Yeremey Krivoshey
20                                                      1990 North California Blvd., Suite 940
                                                        Walnut Creek, CA 94596
21                                                      Telephone: (925) 300-4455
                                                        Facsimile:  (925) 407-2700
22                                                      ltfisher@bursor.com
                                                        ykrivoshey@bursor.com

24                                                      **BURSOR & FISHER, P.A.**
                                                        Scott A. Bursor
25                                                      2665 S. Bayshore Dr., Suite 220
                                                        Miami, FL 33133-5402
26                                                      Telephone: (305) 330-5512
                                                        Facsimile: (305) 676-9006
27                                                      scott@bursor.com

28                                                      *Attorneys for Plaintiff Jason Alcaraz
                                                        and the Proposed Class*

**LIDDLE & DUBIN, P.C.**

*/s/ Nicholas A. Coulson*
Nicholas A. Coulson*
Steven D. Liddle*
975 E. Jefferson Avenue
Detroit, Michigan 48207
Telephone:  313-392-0015
Facsimile: 313-392-0025
ncoulson@ldclassaction.com
sliddle@ldclassaction.com
*pro hac vice applications forthcoming

*Attorneys for Plaintiff Matthew McMillan and the Proposed Class*

**AHDOOT & WOLFSON, PC**

*/s/ Tina Wolfson*
Tina Wolfson
Theodore W. Maya
Bradley K. King
10728 Lindbrook Drive
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
bking@ahdootwolfson.com

**WITTELS MCINTURFF PALIKOVIC**

*/s/ Steven L. Wittels*
Steven L. Wittels
J. Burkett McInturff
Tiasha Palikovic
18 Half Mile Road
Armonk, New York 10504
Telephone: (914) 319-9945
Facsimile:  (914) 273-2563
slw@wittelslaw.com
jbm@wittelslaw.com
tpalikovic@wittelslaw.com

*Attorneys for Plaintiff Stephanie Wood and the Proposed Class*

**GUTRIDE SAFIER LLP**

*/s/ Seth Safier*
Seth A. Safier
Anthony Patek

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tekesha Geel (PHV forthcoming)
Hayley Reynolds
100 Pine Street, Suite 1250
San Francisco, CA 94111

*Attorneys for Plaintiff Nina Dobner and the Proposed Class*

**MCDERMOTT WILL & EMERY LLP**

*/s/ William P. Donovan, Jr.*
William P. Donovan, Jr.
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsmile: (310) 277-4730

*Attorneys for Defendants StubHub, Inc. and Last Minute Transactions, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STUBHUB REFUND LITIGATION<br><br>This Document Relates to All Cases<br><br>(Centralized Actions: No. 4:20-02595 (N.D. Cal.); No. 4:20-03025 (N.D. Cal.); No. 1:20-03508 (S.D.N.Y); and No. 3:20-00319 (W.D. Wis.))<br><br>(Tag-along Actions: No. 4:20-04125 (N.D. Cal.); and 3:20-04786 (N.D. Cal.)) | Case No. 20-md-2951-HSG<br><br>**JOINT PROPOSED INITIAL SCHEDULING ORDER** |

WHEREAS, on August 6, 2020, the United States Judicial Panel on Multidistrict Litigation centralized four cases against StubHub, Inc.: *Alcarez v. StubHub, Inc.*, Case No. 4:20-cv-02595-HSG; *Kopfmann v. StubHub, Inc.*, Case No. 4:20-cv-03025-HSG; *Reynolds v. StubHub, Inc. et al.*, Case No. 1:20-cv-03508-AKH (S.D.N.Y.); and *McMillan v. StubHub, Inc. et al.*, Case No. 3:20-cv-00319-JDP (W.D. Wis.).  Dkt. No. 36;

WHEREAS, two tag-along actions are pending in this District: *Wood v. StubHub, Inc.*, Case No. 4:20-cv-04125-YGR; and *Dobner v. StubHub, Inc.*, Case No. 3:20-cv-04786-EMC;

WHEREAS, Plaintiffs in the above-captioned centralized actions (except for *Reynolds*, whose counsel has not responded to requests for input) and tag-along actions (together "Plaintiffs") and Defendants StubHub, Inc. and Last Minute Transactions, Inc. ("Defendants"), have met and conferred in an effort to submit a joint proposed pre-trial schedule; and

WHEREAS, Plaintiff Kopfmann files this Joint Proposed Initial Scheduling Order with the consent of Defendants and all other Plaintiffs in the centralized actions (except *Reynolds*) and tag-along actions; and

WHEREAS, Defendants further advise this Honorable Court that no summons has been issued, or served, upon Defendants in the *Reynolds* matter filed on May 5, 2020.  Accordingly, unless the Court dismisses the *Reynolds* case on its own, Defendants intend to file promptly a motion to dismiss that matter only for failure to comply with Fed. R. Civ. P. 4(m).

The parties agree and jointly request that the Court enter an order setting the following schedule:

- Seven (7) days after the Court enters this initial scheduling Order, Plaintiffs will file any motions for the appointment of Interim Lead Counsel.  Leadership briefs shall not exceed ten (10) pages (exclusive of firm resumes, which may be attached), and no opposition briefs shall be permitted.

- After the appointment of Interim Lead Counsel, the parties shall meet and confer regarding an initial schedule covering Plaintiffs' Consolidated Amended Complaint, Defendants'

1  response(s), and any resulting briefing, as well as the exchange of initial disclosures and
2  holding the Fed. R. Civ. P. 26(f) conference, and shall submit that proposed joint schedule
3  or competing schedules to the Court no later than seven (7) days after the appointment of
4  Interim Lead Counsel.

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  Dated: 8/13/2020               _____
                                  HONORABLE HAYWOOD S. GILLIAM, JR.
9                                 UNITED STATES DISTRICT JUDGE