**McDERMOTT WILL & EMERY LLP**
William P. Donovan, Jr (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 310 277 4110
Facsimile: 310 277 4730

*Counsel for Defendants*
*STUBHUB, INC. and LAST MINUTE*
*TRANSACTIONS, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STUBHUB REFUND LITIGATION<br><br>This document relates to:<br><br>*Reynolds v. StubHub, Inc.*,<br>Case No. 1:20-cv-03508 | Case No. 4:20-md-02951-HSG<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF REYNOLDS' COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Hearing:<br><br>Date:      November 12, 2020<br>Time:      2:00 p.m.<br>Location: Courtroom 2 (4th Floor)<br>Judge:     Honorable Haywood S. Gilliam |

1 TO PLAINTIFFS AND ALL COUNSEL OF RECORD:

2 PLEASE TAKE NOTICE that on November 12, 2020 at 2:00 p.m. in Courtroom 2 on the 4th Floor of the above-entitled court, located at 1301 Clay Street, Oakland, CA 94612, Defendants StubHub, Inc. and Last Minute Transactions, Inc. (collectively, "Defendants") will appear before the Honorable Haywood S. Gilliam and present their Motion to Dismiss (the "Motion") the Complaint of Plaintiff Diane Reynolds pursuant to Federal Rule of Civil Procedure 12(b)(5). Plaintiff Reynolds has failed to timely serve the Complaint on Defendants as required by Rule 4(m) of the Federal Rules of Civil Procedure.

This Motion is based upon this Notice of Motion and Motion, the pleadings and papers filed in this action, and such other matters as may be presented to the Court before or at the time of the hearing.

Dated: September 9, 2020                **McDERMOTT WILL & EMERY LLP**

By:    */s/ William P. Donovan, Jr.*

William P. Donovan, Jr (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 310 277 4110
Facsimile: 310 277 4730

*Counsel for Defendants*
*STUBHUB, INC. and LAST MINUTE*
*TRANSACTIONS, INC.*

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure Rule 4(m) requires a plaintiff to effect proper service on a defendant within 90 days of filing a complaint. *Id.* ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.") If a plaintiff fails to timely serve a complaint on a defendant within the 90-day period prescribed by Rule 4(m), she may only prevent dismissal if she can show "good cause" sufficient to cure the failure to serve. *Id.*; *see Jen v. City and Cty. of San Francisco*, 2018 WL 1524049 at *2 (N.D. Cal. Mar. 28, 2018) (Gilliam, J.) (plaintiff "bears the burden of establishing that service was valid under Rule 4" when service is challenged).

On May 5, 2020, Plaintiff Reynolds filed her Complaint against Defendants in the United States District Court for the Southern District of New York. (*Reynolds v. StubHub, Inc. et al.*, No. 1:20-cv-03508, Dkt. No. 1) ("*Reynolds*"). The court notified Plaintiff Reynolds of deficiencies in the filing, at which point she refiled the Complaint on May 7, 2020. (*Reynolds*, Dkt. No. 2.) Pursuant to Rule 4(m), Plaintiff Reynolds was required to serve the Complaint within 90 days of filing, which would have been August 5, 2020. She failed to do so. Plaintiff Reynolds never presented a summons to the clerk of the court for signature and seal, as required by Rule 4(b). Indeed, Plaintiff Reynolds' actions are even more egregious given that Plaintiff Reynolds was served with repeated notification of motion practice, filings, hearing dates, and consolidation orders from counsel and from the Judicial Panel on Multidistrict Litigation ("JPML"). On August 13, 2020, Plaintiff Reynolds' case was transferred to this Court as part of MDL 2951, making this Court the appropriate forum in which to bring this Motion. (*Reynolds*, Dkt. No. 5.)

Plaintiff Reynolds never responded to any request for a position from the JPML, and has not prosecuted her case in any meaningful way. Indeed, when the parties submitted the joint stipulation to this Court (*In re: StubHub Refund Litigation*, No. 4:20-md-02951-HSG, Dkt. No. 2.), explaining that Defendants would seek to dismiss Plaintiff Reynolds' case for failure to issue service and for wont of prosecution, Defendants copied Plaintiff Reynolds' counsel on that correspondence and served Plaintiff Reynolds' counsel with copies of the same. The other

1  Plaintiffs, through that stipulation, acknowledged that the Reynolds' complaint has not been
2  served. (*Id.*) Plaintiff Reynolds' counsel never responded to any correspondence from any counsel
3  after repeated attempts. Because Plaintiff Reynolds has taken no steps to serve Defendants, let
4  alone take any action whatsoever to prosecute her case, this Court should dismiss the *Reynolds*
5  case, Number 1:20-cv-03508, in its entirety and with prejudice, because Plaintiff Reynolds cannot
6  show good cause for the failure to take any actions to serve Defendants or to otherwise pursue her
7  alleged claims.

## CONCLUSION

For the reasons set forth above, Defendants respectfully request that this Honorable Court grant their Motion and dismiss Plaintiff Reynolds' Complaint.

Dated: September 9, 2020                **McDERMOTT WILL & EMERY LLP**

By:   */s/ William P. Donovan, Jr.*

William P. Donovan, Jr (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: 310 277 4110
Facsimile: 310 277 4730

*Counsel for Defendants*
*STUBHUB, INC. and LAST MINUTE TRANSACTIONS, INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 9, 2020 by CM/ECF system on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-5, and by U.S. Mail and electronic mail on Louis Johnson, Jr, The Law Office of Louis J. Johnson Jr., L.L.C., 500 Paterson Plank Road, Union City, NJ 07087, ljohnson@louisjohnsonlaw.com.

*/s/ William P. Donovan, Jr.*
William P. Donovan, Jr.