| | |
|---|---|
| 1 | **GUTRIDE SAFIER LLP** |
| 2 | SETH A. SAFIER (State Bar No. 197427) |
|   | ANTHONY J. PATEK (State Bar No. 228964) |
| 3 | MARIE A. MCCRARY (State Bar No. 262670) |
|   | 100 Pine Street, Suite 1250 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 336-6545 |
| 5 | Facsimile:  (415) 449-6469 |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| IN RE STUBHUB REFUND LITIGATION | CASE NO. 4:20-md-02951-HSG |
|---|---|
| | **Order re: Administrative Motion for Transfer of Related Case and Potential Tag-Along Action** |
| | Honorable Haywood S. Gilliam, Jr. |
| | JURY TRIAL DEMANDED |

| | |
|---|---|
| 1 | |
| 2 | **Administrative Motion for Transfer of Related Case and Potential Tag-Along Action** |
| 3 | Plaintiff, on behalf of herself, those similarly situated, and the general public, moves for relation and/or transfer of *Dobner v. StubHub*, Case No. 3:20-cv-4786-EMC (N.D. Cal. July 16, 2020), to *In Re StubHub Refund Litigation*, Case No. 2020-md-2951-HSG, pending within this transferee district, pursuant to this Court's local rules 3-12 and 7-11 and Rule 7.2(a) of the Rules of the Judicial Panel on Multi-District Litigation. |

Plaintiff, on behalf of herself, those similarly situated, and the general public, moves for relation and/or transfer of *Dobner v. StubHub*, Case No. 3:20-cv-4786-EMC (N.D. Cal. July 16, 2020), to *In Re StubHub Refund Litigation*, Case No. 2020-md-2951-HSG, pending within this transferee district, pursuant to this Court's local rules 3-12 and 7-11 and Rule 7.2(a) of the Rules of the Judicial Panel on Multi-District Litigation.

Having considered Plaintiff's motion and the papers submitted in support thereof, the Court hereby GRANTS the administrative motion to relate this case to In re StubHub Refund Litigation, No. 2020-md-2951-HSG.  The Clerk is directed to e-file a copy of the order in Case No. 3:20-cv-4786-EMC.

Dated: 12/2/2020

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.