1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 | IN RE STUBHUB REFUND LITIGATION | Case No. 4:20-md-02951-HSG

11 | | **MODIFIED ORDER SETTING BRIEFING SCHEDULE AND HEARING OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

**ORDER**

Having considered the parties' joint stipulation, and good cause appearing, the Court HEREBY ORDERS the following schedule and page limitations:

| Event | Date |
| --- | --- |
| Defendant's motion to compel arbitration (30-page limit) | February 12, 2021 |
| Plaintiffs' opposition to motion to compel arbitration (30-page limit) | March 19, 2021 |
| Defendant's reply in support of motion to compel arbitration (20-page limit) | April 2, 2021 |
| Hearing on Defendant's motion to compel arbitration | April 15, 2021 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: 1/19/2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge