UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STUBHUB REFUND LITIGATION<br><br>This Document Relates to All Cases | Case No. 20-md-02951-HSG<br><br>**AMENDED[1] SCHEDULING ORDER** |

A case management conference was held on December 7, 2021.  Having considered the parties' proposal, *see* Dkt. No. 67, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline for Rule 26(f) conference and for the parties to meet and confer on Defendant's Motion to Dismiss | January 17, 2022 |
| Parties exchange initial disclosures | January 30, 2022 |
| Deadline for Defendant to file Motion to Dismiss and Supplemental Briefing on Motion to Compel Arbitration ("Motion") | January 24, 2022 |
| Amendment of Pleadings/ Joinder | February 4, 2022 |
| Plaintiffs' response to Defendant's Motion | March 4, 2022 |
| Defendant's reply in support of the Motion | March 31, 2022 |
| Hearing on Defendant's Motion | May 5, 2022, at 2:00 p.m. |
| Deadline for Mandatory Settlement Conference | August 12, 2022 |
| Plaintiffs' deadline to file Motion for Class | August 25, 2022 |

---

[1] The only change to the scheduling order is the case caption.

| | |
|---|---|
| Certification (and disclosure of class expert(s)) | |
| Defendant's deadline to file response to Class Certification Motion (and disclosure of class rebuttal expert(s)) | October 6, 2022 |
| Plaintiffs' reply in support of Class Certification and parties' responses to any *Daubert* challenges | November 17, 2022 |
| Hearing on Plaintiffs' Class Certification Motion | December 15, 2022, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This terminates Dkt. No. 67.

**IT IS SO ORDERED.**

Dated: 12/20/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2