UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re StubHub Refund Litig.          ,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 4:20-md-02951-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jessica L. Hunter          , an active member in good standing of the bar of State of New York          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs          in the above-entitled action. My local co-counsel in this case is Bradley Keith King          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 274399          .

18 Half Mile Rd, Armonk NY 10504

MY ADDRESS OF RECORD

914-775-8862 x110

MY TELEPHONE # OF RECORD

jlh@wittelslaw.com

MY EMAIL ADDRESS OF RECORD

2600 W. Olive Ave, Ste 500 Burbank, 91505

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

310-474-9111

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bking@ahdootwolfson.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5783410          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0/0          times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1        I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: __June 13, 2022__                   Jessica L. Hunter_____

5                                           APPLICANT

8   ORDER GRANTING APPLICATION

9   FOR ADMISSION OF ATTORNEY PRO HAC VICE

11       IT IS HEREBY ORDERED THAT the application of _Jessica L. Hunter_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____6/14/2022_____

17  _____

18  UNITED STATES DISTRICT JUDGE



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

    *I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Jessica Lee Hunter

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 18, 2020**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on May 23, 2022.*

*Clerk of the Court*

*CertID-00067849*