1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STUBHUB REFUND LITIGATION | Case No. 4:20-md-02951-HSG<br><br>**ORDER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Hon. Haywood S. Gilliam, Jr., presiding<br><br>Courtroom 2 – 4th Floor |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **ORDER**

Having considered the parties' discussion with the Court at the December 7, 2021 case management conference, the instant joint stipulation, and good cause appearing, the Court HEREBY ORDERS the following case schedule:

| Event | Date |
| --- | --- |
| Substantial completion of Defendant's document production | On or before September 30, 2022 |
| Plaintiffs' deadline to file motion for class certification (and disclosure of class expert(s)) | November 22, 2022 |
| Defendant's deadline to file response to class certification motion (and disclosure of class rebuttal expert(s)) | January 31, 2023 |
| Plaintiffs' reply in support of class certification and parties' responses to any *Daubert* challenges | March 31, 2023 |
| Hearing on Plaintiffs' class certification motion | April 20, 2023 at 2:00 p.m. |

SO ORDERED.

Dated: 7/20/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge