Tina Wolfson (SBN 174806)
Theodore W. Maya (SBN 223242)
Bradley K. King (SBN 274399)
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Telephone:   (310) 474-9111
Facsimile:    (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com
bking@ahdootwolfson.com

Steven L. Wittels
J. Burkett McInturff
Tiasha Palikovic
**WITTELS MCINTURFF PALIKOVIC**
18 Half Mile Road
Armonk, New York 10504
Telephone: (914) 319-9945
Facsimile:  (914) 273-2563
slw@wittelslaw.com
jbm@wittelslaw.com
tpalikovic@wittelslaw.com

*Plaintiffs' Interim Co-Lead Counsel*

William P. Donovan, Jr. (SBN 155881)
Daniel Campbell (Pro Hac Vice)
Emilie O'Toole (Pro Hac Vice)
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:   (310) 277-4110
Facsimile:    (310) 277-4730
wdonovan@mwe.com
dcampbell@mwe.com
eotoole@mwe.com

*Counsel for Defendant StubHub, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STUBHUB REFUND LITIGATION | Case No. 4:20-md-02951-HSG<br><br>**JOINT STIPULATION CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Hon. Haywood S. Gilliam, Jr., presiding<br><br>Courtroom 2 – 4th Floor |

Plaintiffs[1] and Defendant StubHub, Inc. ("Defendant") (collectively, the "Parties") submit the following joint stipulation:

WHEREAS, on December 20, 2021, the Court adopted the Parties' joint scheduling proposal and set deadlines that included the briefing and hearing of Plaintiffs' forthcoming motion for class certification (Dkt. 69);

WHEREAS, on July 20, 2022, due to the Parties' mediation efforts and ongoing document discovery, the Court granted the Parties' stipulated request to continue the briefing and hearing of Plaintiffs' motion for class certification (Dkt. 116);

WHEREAS, the ensuing schedule was based upon Defendant substantially completing its document production on or before September 30, 2022 (*see* Dkt. 116);

WHEREAS, Defendant represented to Plaintiffs on September 22, 2022 that it would not be substantially completing its production by September 30, 2022, and

WHEREAS, based upon the broad discovery requests from Plaintiffs and higher than expected volumes of materials to review, Defendant represented to Plaintiffs on October 4, 2022 that it had not yet reviewed all documents collected from agreed custodians using agreed search terms; and

WHEREAS, the parties have met and conferred but have not reached agreement regarding Plaintiffs' requests for additional custodians and search terms; and

WHEREAS, Defendant has not yet provided an updated estimate for substantial completion of document production due to ongoing meet and confer efforts; and

WHEREAS, on October 31, 2022, Plaintiffs produced thirteen PDF files, comprising 39 individual documents, and one voicemail native file related to 13 of the 56 named plaintiffs, and represented that additional productions would be forthcoming on a rolling basis to be substantially complete between December 1 and 31, 2022; and

WHEREAS, the parties have met and conferred but have not reached agreement regarding Defendant's demand that Plaintiffs produce all fifty-six named Plaintiffs for deposition in the

---

[1] Defined as the Plaintiffs named in the Consolidated Complaint filed January 8, 2021. (Dkt. 36.)

Northern District of California prior to Defendant's deadline to respond to Plaintiffs' motion for class certification (allowing for reasonable accommodations for Plaintiffs with medical conditions that prohibit them from traveling), and Defendant intends to submit a joint letter brief on the issue to Magistrate Judge Hixson during the week of November 7, 2022; and

WHEREAS, the Parties have agreed that, due to the parties' need for additional time to complete document production and for depositions to occur, additional time is required for both Parties to adequately prepare for and brief class certification;

///

///

NOW, THEREFORE, the Parties hereby jointly stipulate to the following continued case schedule, subject to the Court's approval, with the concurrently-filed proposed order:

| Event | Joint Proposal |
| --- | --- |
| Substantial completion of Defendant's document production | On or before March 31, 2023 |
| Plaintiffs' deadline to file motion for class certification (and disclosure of class expert(s)) | May 22, 2023 |
| Defendant's deadline to file response to class certification motion (and disclosure of class rebuttal expert(s)) | July 21, 2023 |
| Plaintiffs' reply in support of class certification and parties' responses to any *Daubert* challenges | September 1, 2023 |
| Hearing on Plaintiffs' class certification motion | TBD (to be set by the Court) |

Respectfully submitted,

Dated: November 2, 2022     */s/ Tina Wolfson*
                                          Tina Wolfson (SBN 174806)
                                          Theodore W. Maya (SBN 223242)
                                          Bradley K. King (SBN 274399)
                                          AHDOOT & WOLFSON, PC
                                          2600 West Olive Avenue, Suite 500
                                          Burbank, California 91505
                                          Tel: (310) 474-9111
                                          Fax: (310) 474-8585
                                          twolfson@ahdootwolfson.com
                                          tmaya@ahdootwolfson.com
                                          bking@ahdootwolfson.com

                                          Steven L. Wittels
                                          J. Burkett McInturff
                                          Tiasha Palikovic
                                          WITTELS MCINTURFF PALIKOVIC
                                          18 Half Mile Road
                                          Armonk, New York 10504
                                          Telephone: (914) 319-9945
                                          Facsimile:  (914) 273-2563
                                          slw@wittelslaw.com
                                          jbm@wittelslaw.com
                                          tpalikovic@wittelslaw.com

                                          *Plaintiffs' Interim Co-Lead Counsel*

Dated: November 2, 2022     */s/ William P. Donovan, Jr.*
                                          William P. Donovan, Jr. (SBN 155881)
                                          Daniel R. Campbell
                                          Emilie E. O'Toole
                                          MCDERMOTT WILL & EMERY LLP
                                          2049 Century Park East, Suite 3200
                                          Los Angeles, CA 90067-3206
                                          Tel: (310) 277-4111
                                          Fax: (310) 277-4730
                                          wdonovan@mwe.com
                                          dcampbell@mwe.com
                                          eotoole@mwe.com

                                          *Counsel for Defendant StubHub, Inc.*

## **ATTESTATION OF FILER**

The undersigned hereby attests that the above signatories have reviewed the contents of the foregoing document and approve its filing.

Dated:  November 2, 2022              /s/ Tina Wolfson
                                                                      Tina Wolfson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STUBHUB REFUND LITIGATION | Case No. 4:20-md-02951-HSG<br><br>**ORDER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Hon. Haywood S. Gilliam, Jr., presiding<br><br>Courtroom 2 – 4th Floor |

# ORDER

Having considered the instant joint stipulation, and good cause appearing, the Court HEREBY ORDERS the following case schedule:

| Event | Date |
|---|---|
| Substantial completion of Defendant's document production | On or before March 31, 2023 |
| Plaintiffs' deadline to file motion for class certification (and disclosure of class expert(s)) | May 22, 2023 |
| Defendant's deadline to file response to class certification motion (and disclosure of class rebuttal expert(s)) | July 21, 2023 |
| Plaintiffs' reply in support of class certification and parties' responses to any *Daubert* challenges | September 1, 2023 |
| Hearing on Plaintiffs' class certification motion | September 28, 2023 at 2:00 p.m. |

SO ORDERED.

Dated:   11/3/2022

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge