UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALCARAZ, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>STUBHUB, INC., et al.,<br><br>　　　　　　Defendants. | Case No.  20-md-02951-HSG   (TSH)<br><br>**[TENTATIVE] DISCOVERY ORDER**<br>Re: Dkt. No. 121 |

The Court issues this tentative order to help the parties focus their arguments at the November 28, 2022 hearing in this matter.

\*　　\*　　\*

The Court orders that StubHub may depose all 56 Plaintiffs for two hours each by videoconference.  It's true that in the discovery plan at ECF No. 72 the parties stated that each side would take 15 depositions of fact witnesses, but that very document makes clear they disagreed about which of Plaintiffs' claims were in the case (as opposed to arbitration), and both sides were wrong.  *See* ECF No. 90.  In light of that, the Court finds good cause to revisit the prior agreement. Deposing all of the Plaintiffs for two hours each is proportional to the needs of this multidistrict proceeding, and limiting each deposition to two hours minimizes the burden on each Plaintiff. There is no need for in person depositions, with the wasteful amount of travel and expense that would entail.

**IT IS SO ORDERED.**

Dated: November 22, 2022

THOMAS S. HIXSON
United States Magistrate Judge