**FILED**

Feb 07 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE STUBHUB REFUND LITIGATION | Case No. 20-md-02951-HSG (TSH) |
|---|---|
| | **DISCOVERY ORDER** |
| | Re: Dkt. No. 128 |

Plaintiffs filed their half of a discovery letter brief at ECF No. 128. The Court orders StubHub to file its half (not to exceed two and a half pages) no later than February 10, 2023.

**IT IS SO ORDERED.**

Dated: February 7, 2023

THOMAS S. HIXSON
United States Magistrate Judge