UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STUBHUB REFUND LITIGATION | Case No. 20-md-02951-HSG (TSH) |
| | **DISCOVERY ORDER** |
| | Re: Dkt. No. 128 |

In ECF No. 128, Plaintiffs filed a discovery letter brief concerning StubHub's responses to Plaintiffs' first set of interrogatories. In ECF No. 132, StubHub argued that this discovery dispute was moot because of StubHub's plans to amend its interrogatory responses. The Court **ORDERS** the parties to meet and confer concerning whether StubHub's amended interrogatory responses are sufficient. If the parties cannot reach an agreement, they shall file a joint discovery letter brief no later than February 22, 2023.

**IT IS SO ORDERED.**

Dated: February 15, 2023

THOMAS S. HIXSON
United States Magistrate Judge