UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re StubHub Refund Litig.          ,

　　　　　Plaintiff(s),

　　　v.

　　　　　　　　　　　　　　　　,

　　　　　Defendant(s).

Case No. 4:20-md-02951-HSG

**APPLICATION FOR ADMISSION OF**
**ATTORNEY PRO HAC VICE** ; **ORDER**
(CIVIL LOCAL RULE 11-3)

I, William W. Hameline____, an active member in good standing of the bar of

Illinois_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: StubHub, Inc._____ in the

above-entitled action. My local co-counsel in this case is William P. Donovan, Jr._____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 155881_____.

| 444 W. Lake St., Ste 4000 Chicago, IL 60606 | 2049 Century Park E., Los Angeles, CA 90067 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 312.984.2036 | 310.788.4121 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| whameline@mwe.com | wdonovan@mwe.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

　　　　I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 6339072_____.

　　　　A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

　　　　I have been granted pro hac vice admission by the Court zero____ times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __March 1, 2023__                              __William W. Hameline_____
                                                     APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __William W. Hameline____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____3/3/2023_____

_____Haywood S. Gill Jr._____
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite
1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
3/1/2023

Re: William Hameline
  Attorney No. 6339072

To Whom It May Concern:

   The records of the Clerk of the Supreme Court of Illinois and this office reflect that
William Hameline was admitted to practice law in Illinois on 11/10/2021; is currently
registered on the master roll of attorneys entitled to practice law in this state, has never been
disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____

  Andrew Oliva
  Registrar