UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STUBHUB REFUND LITIGATION | Case No. 20-md-02951-HSG (TSH)<br><br>**[TENTATIVE] DISCOVERY ORDER**<br>Re: Dkt. No. 157 |

The Court provides this tentative order to help the parties focus their arguments at the 1:00 p.m. hearing today.

\*   \*   \*

The parties are at an impasse over search terms and custodians, and it is obvious that the perfect has become the enemy of the good. The Court orders that StubHub may use the proposed modified search terms contained in Exhibit B to the joint discovery letter brief. As for the four remaining custodians in dispute, the Court has reviewed the numerous exhibits the parties have provided with the joint discovery letter brief. Plaintiffs have sufficiently justified the inclusion of Jonathan Hoeh and Justin Friedman as custodians. However, Nick Tuyau and Bryson McCleary are not necessary as custodians, in particular because Jocelyn Hall and Mary Hill are already included.

**IT IS SO ORDERED.**

Dated: March 7, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge