| | |
|---|---|
| IN RE STUBHUB REFUND LITIGATION | Case No. 4:20-md-02951-HSG<br><br>**ORDER GRANTING DEFENDANT STUBHUB, INC.'S UNOPPOSED MOTION TO DISMISS PLAINTIFFS CANDACE REECE COOPER, BRITTANY MCKENZIE, WILLIAM MIGNAULT, AND CASEY MOYER** |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

1  Before the Court is Defendant StubHub Inc.'s ("StubHub") Unopposed Motion to Dismiss
2  Plaintiffs Candace Reece Cooper, Brittany McKenzie, William Mignault, and Casey Moyer. Having
3  considered StubHub's motion, IT IS HEREBY ORDERED that StubHub's request to dismiss without
4  prejudice the claims of Plaintiffs Candace Reece Cooper, Brittany McKenzie, William Mignault, and
5  Casey Moyer is GRANTED.

IT IS SO ORDERED.

Dated:  3/14/2023

Honorable Haywood S. Gilliam, Jr.
United States District Judge