UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STUBHUB REFUND LITIGATION | Case No. 20-md-02951-HSG (TSH) |
| | **ORDER RE MOTION TO SEAL** |
| | Re: Dkt. No. 157 |

In ECF No. 157, Plaintiffs filed a motion to seal in connection with a joint discovery letter brief. The motion sought to seal a portion of the joint discovery letter brief and several of the exhibits that were submitted with it. Plaintiffs filed the motion because StubHub designated the information as confidential. Pursuant to Civil Local Rule 79-5(f)(3), StubHub had seven days to file a statement or declaration justifying the sealing request. The rule advises that "[a] failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party."

StubHub did not file such a statement or declaration by the deadline. Accordingly, the motion to seal is denied. The Court orders Plaintiffs to file the unredacted joint discovery letter brief, and all the exhibits that were submitted under seal, in the public record no sooner than five days and no later than ten days from the date of this order.

**IT IS SO ORDERED.**

Dated: April 6, 2023

THOMAS S. HIXSON
United States Magistrate Judge