United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: STUBHUB REFUND LITIGATION

This Document Relates to All Cases

Case No. 20-md-02951-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on April 4, 2023. Having considered the parties' proposals, *see* Dkt. No. 180, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline for Completion of Document Production | May 12, 2023 |
| Plaintiffs' Deadline to File Motion for Class Certification (and disclose class expert(s)) | July 7, 2023 |
| Defendant's Deadline to Respond to Motion for Class Certification (and disclosure of class rebuttal expert(s)) | September 5, 2023 |
| Plaintiff's Deadline to Reply In Support of Class Certification Motion and Parties' Responses to Any *Daubert* Challenges | October 17, 2023 |
| Hearing on Motion for Class Certification | November 9, 2023, at 2:00 p.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. In light of the discussion during the case management conference and the parties' joint submission regarding the class certification briefing schedule, the Court has substantial concerns with the substance and tenor of the parties' discovery disagreements. The parties are advised that the May 12 deadline is not for "substantial completion of document production," but rather the deadline to complete all document production. The Court further stresses that additional discovery disputes will not constitute good cause for extending the case schedule. The parties must promptly discuss any such disputes, expeditiously determine whether any remain that cannot be resolved through the exercise of diligence, reasonableness, proportionality and good faith, then present any such narrowed disputes to the Magistrate Judge to allow for resolution and production by the deadline. This terminates Dkt. Nos. 175 and 180.

**IT IS SO ORDERED.**

Dated:   4/18/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge