UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE STUBHUB REFUND LITIGATION | Case No. 20-md-02951-HSG (TSH) |
|---|---|
| | **ORDER RE MOTION TO SEAL** |
| | Re: Dkt. No. 184 |

In connection with a joint discovery letter brief, Plaintiffs filed a motion to seal the associated Exhibits A, B, C, D, E, F, G, J and K, which were designated confidential by StubHub. ECF No. 184. StubHub filed a statement pursuant to Civil Local Rule 79-5(f)(3) explaining why Exhibits B, C, D, E, F, G, J and K should be sealed. ECF No. 191. Good cause appearing, Plaintiffs' motion to seal is **GRANTED IN PART** and **DENIED IN PART**. The Court **DENIES** the motion as to Exhibit A and orders Plaintiffs to file Exhibit A in the public record no sooner than five days and no later than ten days from today. The Court **GRANTS** the motion as to Exhibits B, C, D, E, F, G, J and K.

**IT IS SO ORDERED.**

Dated: April 25, 2023

THOMAS S. HIXSON
United States Magistrate Judge