UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE STUBHUB REFUND LITIGATION | Case No. 4:20-md-02951-HSG |
|---|---|
| | **ORDER MODIFYING BRIEFING SCHEDULE OF DEFENDANT STUBHUB, INC.'S MOTIONS (ECF NOS. 202 AND 203)** |

Having considered the parties' joint stipulation, and good cause appearing, the Court hereby orders Defendant StubHub, Inc.'s replies in support of its Motions (ECF Nos. 202 and 203) to be filed by June 23, 2023. The hearing on Defendant's motion to modify the ESI Protocol (ECF No. 202) remains set for July 20, 2023 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 6/12/2023

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge