| | |
|---|---|
| Tina Wolfson (SBN 174806)<br>Theodore W. Maya (SBN 223242)<br>Bradley K. King (SBN 274399)<br>**AHDOOT & WOLFSON, PC**<br>2600 West Olive Avenue, Suite 500<br>Burbank, California 91505<br>Telephone:  (310) 474-9111<br>Facsimile:  (310) 474-8585<br>twolfson@ahdootwolfson.com<br>tmaya@ahdootwolfson.com<br>bking@ahdootwolfson.com<br><br>Tiasha Palikovic (*Pro Hac Vice*)<br>Jessica L. Hunter (*Pro Hac Vice*)<br>**WITTELS MCINTURFF PALIKOVIC**<br>18 Half Mile Road<br>Armonk, New York 10504<br>Telephone: (914) 319-9945<br>Facsimile:  (914) 273-2563<br>tpalikovic@wittelslaw.com<br>jlh@wittelslaw.com<br><br>*Plaintiffs' Interim Co-Lead Counsel* | William P. Donovan, Jr. (SBN 155881)<br>Daniel Campbell (*Pro Hac Vice*)<br>Emilie O'Toole (*Pro Hac Vice*)<br>William W. Hameline (*Pro Hac Vice*)<br>**MCDERMOTT WILL & EMERY LLP**<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA  90067-3206<br>Telephone:  (310) 277-4110<br>Facsimile:  (310) 277-4730<br>wdonovan@mwe.com<br>dcampbell@mwe.com<br>eotoole@mwe.com<br>whameline@mwe.com<br><br>*Counsel for Defendant StubHub, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STUBHUB REFUND LITIGATION | Case No. 4:20-md-02951-HSG<br><br>**ORDER GRANTING THE JOINT STIPULATION ON MOTION TO MODIFY ESI PROTOCOL (ECF NO. 202) AND STAY CLASS CERTIFICATION DEADLINE**<br><br>Hon. Haywood S. Gilliam, Jr. |

This Court, having received the Parties' Joint Stipulation to 1) Continue the June 29, 2023 Hearing On Its Pending Discovery Motion (ECF No. 202) and 2) Stay the class certification deadline, hereby ORDERS as follows:

1. The Joint Stipulation is **GRANTED.**
2. The June 29, 2023 hearing on StubHub's Motion to Modify the Stipulated Order Governing Discovery of Electronically Stored Information (ECF No. 202) is vacated and continued to July 13, 2023.
3. The deadline for Plaintiffs to file their motion for class certification is stayed until StubHub's Motion to Stay (ECF No. 214) is resolved.

**IT IS SO ORDERED.**

Dated: 6/28/2023

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE