UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

DEC 06 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: STUBHUB REFUND LITIGATION, | No. 22-15879 |
| ------------------------------ | D.C. No. 4:20-md-02951-HSG |
| JASON ALCARAZ; et al., | U.S. District Court for Northern California, Oakland |
| Plaintiffs - Appellees, | **MANDATE** |
| v. | |
| STUBHUB, INC., | |
| Defendant - Appellant, | |
| and | |
| LAST MINUTE TRANSACTION, INC., | |
| Defendant. | |

The judgment of this Court, entered August 09, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT