United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:  STUBHUB REFUND

LITIGATION

Case No.  20-md-02951-HSG

**AMENDED ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Re: Dkt. No. 243

Pursuant to Local Rule 72-1, the Motion to Modify the Stipulated Order Governing Discovery of Electronically Stored Information, Dkt. No. 243, is referred to Magistrate Judge Thomas S. Hixson for decision.  The undersigned grants Judge Hixson the authority to modify the underlying order if and as he deems appropriate in resolving the motion.  The deadlines for any opposition and reply briefs are governed by Local Rule 7-3.  Counsel will be advised of the date, time, and place of any appearance by notice from Judge Hixson.  Counsel shall follow any standing orders or other instructions given by Judge Hixson.  The May 16, 2024, hearing date before Judge Haywood S. Gilliam, Jr. remains **VACATED**.  This order supersedes and rescinds Dkt. No. 245.

**IT IS SO ORDERED.**

Dated:    3/8/2024

Haywood S. Gilliam, Jr.
United States District Judge