1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DENIED**

Judge Thomas S. Hixson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

DENIED.
5/15/2024

| | |
|---|---|
| IN RE STUBHUB REFUND LITIGATION | Case No. 4:20-md-02951-HSG (TSH) |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR PERMISSION FOR PAUL MCVOY TO BE AVAILABLE TO APPEAR REMOTELY AT THE HEARING ON MAY 16, 2024** |
| | Judge:      Hon. Thomas S. Hixson<br>Courtroom: E – 15th Floor<br>Date:      May 16, 2024<br>Time:      10:00 a.m. |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion for Permission for Paul McVoy to be Available to Appear Remotely at the Hearing on May 16, 2024;

**NOW THEREFORE, it is hereby ORDERED and ADJUDGED as follows:**

Paul McVoy shall be available via Zoom webinar for the May 16, 2024 hearing to respond to any questions the Court may have pertaining to his Declaration in Support of Plaintiffs' Motion for Sanctions (Dkt. 244-2).

**IT IS SO ORDERED.**

DATE: _____                    _____
                                                  HON. THOMAS S. HIXSON
                                                  United States Magistrate Judge