# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE STUBHUB REFUND LITIGATION | Case No. 4:20-md-02951-HSG<br><br>**ORDER CONTINUING BRIEFING SCHEDULE OF DEFENDANT'S STAY/DISMISSAL MOTION (ECF NO. 282)** |

**ORDER**

Having considered the parties' joint stipulation, and good cause appearing, the Court HEREBY ORDERS the following continued briefing schedule. The hearing of Defendant's motion (ECF No. 282) remains set for June 27, 2024 at 2:00 p.m.

| Event | Date |
|---|---|
| Plaintiffs' opposition to Defendant's motion, ECF No. 282 ("Motion") | June 11, 2024 |
| Defendant's reply to the Motion | June 18, 2024 |

SO ORDERED.

Dated:  5/31/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge

ORDER CONTINUING BRIEFING
SCHEDULE OF DEFENDANT'S STAY/
DISMISSAL MOTION
(No. 4:20-md-02951-HSG)