# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE STUBHUB REFUND LITIGATION | Case No. 4:20-md-02951-HSG |
|---|---|
| | **ORDER MODIFYING CASE MANAGEMENT CONFERENCE SCHEDULE (ECF NO. 287)-as modified** |

Having considered the parties' joint stipulation, and good cause appearing, the Court hereby modifies the case management conference schedule set in ECF No. 287.  The case management conference will be held on July 9, 2024 and the parties' joint case management statement will be due by July 2, 2024.  This proceeding will be held via a Zoom webinar.  The Zoom information is:

https://canduscourts.zoomgov.com/j/1607976056pwd=aW5IeE14UkJRbkdPTGJFWFUrRG1Cdz09

  Meeting ID: 160 797 6056

  Passcode: 129759

All attorneys and pro se litigants appearing for the case management conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

**IT IS SO ORDERED.**

Dated: 6/20/2024

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge