**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE STUBHUB REFUND LITIGATION | Case No. 4:20-md-02951-HSG |
| | **ORDER CONTINUING BRIEFING SCHEDULE RE: ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 325)** |

**ORDER**

Having considered Plaintiffs' administrative motion, and good cause appearing, the Court HEREBY ORDERS the following continued briefing schedule.

| Event | Date |
|---|---|
| Parties to file simultaneous briefs to show cause why the remaining claims for damages should or should not be compelled by arbitration | February 26, 2026 |
| Parties to file reply briefs | March 5, 2026 |

**SO ORDERED.**

Dated:   12/12/2026

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

ORDER CONTINUING BRIEFING
SCHEDULE
(No. 4:20-md-02951-HSG)