UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: STUBHUB REFUND LITIGATION

This Document Relates to All Cases

Case No. 20-md-02951-HSG

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE PENDING ARBITRATION**

In light of the Court's order compelling Plaintiffs' remaining claims to arbitration, Dkt. No. 333, and as discussed at the September 1, 2026, case management conference, the Court **STAYS** the case pending resolution through arbitration of Plaintiffs' claims.[1] The parties shall file status reports every 120 days regarding the status of the arbitration, and shall notify the Court within 48 hours of a final decision. The Clerk is directed to administratively close the case.

**IT IS SO ORDERED.**

Dated: 9/8/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

[1] It is the Court's understanding that Plaintiffs dismissed with prejudice the other individual claims previously compelled to arbitration. *See* Dkt. Nos. 285, 286.

United States District Court
Northern District of California